IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05 CR 3138 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JEFFREY L. ROMERO, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

    Upon consideration of the defendant's motion for removal of electronic monitoring equipment and on being advised that there is no opposition,

    IT HEREBY IS ORDERED: The motion, filing 84, is granted, and Paragraph 7 of the defendant's order setting conditions of release, filing 41, is amended to strike subparagraph (t) in part, as follows. The defendant shall be removed from electronic monitoring. The defendant shall, however, remain subject to the provision for a curfew between 10:00 p.m. and 6:00 a.m. every day, or as otherwise directed by the supervising officer to accommodate the defendant's employment schedule.

    DATED June 28, 2006

                                                BY THE COURT:

                                               s/ *David L. Piester*

                                               United States Magistrate Judge